

| | | |
|---|---|---|
| CAAP–12–00 00437 | Fair Horizon LLC v. Agard | Affirmed |

### January 27, 2015

| | | |
|---|---|---|
| CAAP–13–00 02894 | State v. Auld | Affirmed |

### January 28, 2015

| | | |
|---|---|---|
| CAAP–13–00 06150 | D'Agirbaud v. Hạwaii Paroling Authority | Affirmed |

### January 29, 2015

| | | |
|---|---|---|
| CAAP–12–00 00762 | Cox v. Cox | Affirmed |
| CAAP–12–00 00650 | State v. Kobayashi | Affirmed |
| CAAP–13–00 01153 | Federal Home Loan Mortg. Corp. v. Padron | Vacated and Remanded |
| CAAP–13–00 05595 | State v. Henley | Affirmed |
| CAAP–12–00 00569 | State v. Means | Vacated and Remanded |
| CAAP–12–00 00649 | State v. Resich | Affirmed |

### January 30, 2015

| | | |
|---|---|---|
| CAAP–12–00 00065 | Brash v. Proservice Hawaii | Affirmed |
| CAAP–13–00 01964 | Kitaami v. Shavelson | Affirmed |
| CAAP–12–00 00387 | McElroy v. Pacific Lightnet, Inc. | Affirmed |
| CAAP–14–00 00386 | State v. Bailey | Affirmed, Vacated and Remanded for Resentencing |
| CAAP–12–00 00659 | State v. Kua | Vacated and Remanded |
| CAAP–14–00 00355 | State v. McDonnell | Vacated and Remanded |